2014-1206
(Application No. 09/874,423)

IN THE
**UNITED STATES COURT OF APPEALS
FOR THE FEDERAL CIRCUIT**

_____

IN RE: KEVIN R. IMES

*Appellant,*

v.

MARGARET A. FOCARINO, Commissioner for Patents

*Appellee.*

Appeal from the
United States Patent and Trademark Office,
Patent Trial and Appeal Board

**APPELLANT'S UNOPPOSED MOTION FOR EXTENSION
OF TIME TO FILE A PRINCIPAL BRIEF**

**TIMOTHY G. NEWMAN
LARSON NEWMAN, LLP**
8200 N. Mopac Expy.
Suite 280
Austin, TX  78759
phone:  512-439-7100
tnewman@larsonnewman.com
*Attorney for Appellant*

March 4, 2014

Pursuant to Federal Rule of Appellate Procedure 26(b) and Federal Circuit Rule 26(b), Appellant respectfully moves for a 30 day extension of time, to and including April 10, 2014, in which to file its principal brief. Appellant's principal brief is currently due March 10, 2014. Appellant has not previously requested any extensions of time in this matter.

Good cause exists for the requested extension. The parties have not completed their cross designations of the Joint Appendix and, because of the closure of the U.S. Patent and Trademark Office (including the Solicitor's Office) yesterday due to a snow emergency, do not anticipate being able to complete that task according to the current schedule. For the same reason, this motion could not have been brought yesterday. See Exhibit A, Declaration of Timothy G. Newman.

Counsel for the parties have conferred, and counsel for Appellee Commissioner of Patents does not oppose the motion.

For these reasons, Appellant respectfully requests that this motion be granted and that Appellant be allowed until and including April 10, 2014 to file is principal brief.

Respectfully,

    /timothy g newman/
by: Timothy G. Newman
LARSON NEWMAN, LLP
8200 N. Mopac Expy.
Suite 280
Austin, TX 78759
phone: 512.439.7100
fax: 512.439.7199

**ATTORNEY FOR APPELLANT KEVIN R. IMES**

1